UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 19-25291-Civ-COOKE/REID

DONALD BELL, JR.,

    Plaintiff,

vs.

MIAMI-DADE POLICE DEPARTMENT
and JEFFREY COLLIER,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS MATTER** was referred to the Honorable Lissette A. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 2]. On April 6, 2020, Judge Reid issued a Report and Recommendation (the "Report") [ECF No. 6] recommending that Plaintiff's Complaint: 1) be dismissed as to Defendant Miami-Dade Police Department (on all claims); 2) be dismissed as to Defendant Collier on Claim 2 for "harassment" and Claim 4 for "liability"; 3) proceed against Defendant Collier as to Claim 1 for false imprisonment and malicious prosecution; and 4) proceed against Defendant Collier as to Claim 3 for violation of Plaintiff's Fourth Amendment rights.

    Plaintiff did not timely file objections to the Report. Indeed, Plaintiff did not file anything related to the Report until August 31, 2020 – well after the fourteen-day Objection Period expired – when Plaintiff filed a document entitled "Motion to Report and Recommendation" (the "Motion") [ECF No. 11]. Nonetheless, I have reviewed Plaintiff's August 31, 2020 Motion and will construe it as Objections to Judge Reid's Report.

    In his Motion, Plaintiff states that "[he] has no objections to Magistrate Judge[sic.] ruling except of one claim against Defendant Jeffrey Collier on claim 2 for <u>harassment</u>." Motion to Report and Recommendation at 1. Plaintiff then goes on to detail a host of his alleged arrests and Defendant Collier's alleged involvement in those arrests. After fully considering Plaintiff's objections, I am in agreement with Judge Reid that Plaintiff's

harassment claim should be dismissed because Plaintiff does not allege any violations of state or federal law. And, moreover, even if liberally construed any such legal claims would be subsumed by Plaintiff's Fourth Amendment, malicious prosecution, and false imprisonment claims against Defendant Collier. Furthermore, I find Judge Reid's Report to be clear, cogent, and compelling.

It is, therefore, **ORDERED and ADJUDGED** that Judge Reid's Report [ECF No. 6] is **APPROVED and ADOPTED**. Accordingly, the Complaint is **DISMISSED** as to Defendant Miami Dade Police Department on all claims, **DISMISSED** as to Defendant Collier on Claim 2 for "harassment" and Claim 4 for "liability", shall **PROCEED** against Defendant Collier on Claim 1 (false imprisonment and malicious prosecution) and Claim 3 (violation of Plaintiff's Fourth Amendment rights). Additionally, Plaintiff's Motion to Report and Recommendation is **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers at Miami, Florida, this 17th day of December 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Lissette Reid, U.S. Magistrate Judge*
*The Honorable Jared M. Strauss, U.S. Magistrate Judge*
*Donald Bell*, pro se
*Counsel of record*